| | |
|---|---|
| 1 | JACQUELINE A. FORSLUND |
| 2 | Forslund Law, LLC<br>CSBN 154575 |
| 3 | P.O. Box 4476<br>Sunriver, OR  97707 |
| 4 | Telephone:    541-419-0074 |
| 5 | Fax:                541-593-4452<br>Email:           jaf@forslundlaw.com |
| 6 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANETTE PUCKETT, | ) | Case No.  2:19-CV-01226-AC |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____) | | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 Days to December 20, 2019, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to Plaintiff's counsel's overloaded briefing schedule over the next couple of weeks.

**Puckett v. Saul**          **Stipulation and Proposed Order**          **E.D. Cal. 2:19-cv-01226-AC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 14, 2019         JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  November 14, 2019        MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/Carolyn Chen*
                                CAROLYN CHEN
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant


                                ORDER

APPROVED AND SO ORDERED


DATED: November 18, 2019        _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE


**Puckett v. Saul**         **Stipulation and Proposed Order**         E.D. Cal. 2:19-cv-01226-AC