JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR   97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANNETTE PUCKETT, | Case No.   2:19-CV-01226-AC |
| Plaintiff | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 days to January 21, 2020, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.   This is Plaintiff's second request for an extension. It is requested due to Plaintiff's counsel's heavy workload and plans for a family holiday.

*Puckett v. Saul*          *Stipulation and Proposed Order*     *E.D. Cal. 2:19-cv-01226-AC*

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 17, 2019	JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date: December 17, 2019	MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Annabelle Yang*
ANNABELLE YANG
on behalf of CAROLYN CHEN
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: December 23, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE