MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NANETTE MARGUERITE PUCKETT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01226-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 15 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 15 additional days to respond to Plaintiff's motion for summary judgment. The current due date is February 24, 2020. The new due date will be March 10, 2020.

    This is Defendant's first request for an extension of time for briefing and the third request for an extension of time in this case overall. There is good cause for this request and not intended to delay. Defendant requires additional time to review the record in this case to properly evaluate the issues raised in Plaintiff's opening motion, to consider settlement options, and if not settling, to prepare Defendant's response to Plaintiff's motion for summary judgment. Since the filing of

1 | Plaintiff's motion for summary judgment, Defendant's counsel has diligently worked on various
2 | district court cases and other substantive non-court matters.  Counsel also has at least five
3 | substantive court and non-court matters scheduled between February 24, 2020, to March 10, 2020.

Thus, Defendant is respectfully requesting additional time up to and including March 10, 2020, to respond to Plaintiff's opening motion for summary judgment. Defendant apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: February 20, 2020

FORSLUD LAW LLC
*s/ Jacqueline A. Forslund by C.Chen\**
(As authorized by email on 2/20/2020)
JACQUELINE A. FORSLUND
Attorneys for Plaintiff

Date: February 20, 2020

MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: February 21, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE