McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8956
   Facsimile: (415) 744-0134
   E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NANETTE MARGUERITE PUCKETT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01226-AC<br><br>DEFENDANT'S REQUEST FOR LEAVE TO EXCEED PAGE LIMIT |

**REQUEST**

Per the Court's Standing Order, Defendant files this request for leave to exceed the page limit of 20 pages in his responsive motion for summary judgment (Doc. No. 16). Defendant asserts that additional pages beyond the page limit were required to fully address Plaintiff's arguments. Plaintiff presented a total of seven issues in her opening motion for summary judgment (two main issues with the second issue having six sub-issues) involving multiple impairments having largely

1

unique sets of facts. In addition, Plaintiff requested multiple remedies in her request for relief that also necessitated additional space to address each request for remedy.

The undersigned worked diligently to eliminate any redundancy and/or unnecessary passages, but strongly believes that additional pages were warranted to completely respond to Plaintiff's opening motion for summary judgment and respectfully requests that this Court accept Defendant's brief in this case as it is at 30 pages, filed as Doc. No. 16. Defendant agrees in advance that concomitant relief should be given to Plaintiff, if needed, for her response.

The undersigned apologizes for the lateness of this request for leave to exceed the page limit. The undersigned inadvertently missed the instructions in the Court's scheduling order to comply with the page limits in the Court's standing orders and was made aware of the page limit after she had already filed Defendant's motion for summary judgment. Defendant apologizes for the oversight and the tardiness of this request for leave.

Dated: March 11, 2020          Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                         By:     /s/ *Carolyn B. Chen*
                                       CAROLYN B. CHEN
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

[~~proposed~~] ORDER

APPROVED AND SO ORDERED:

DATED: March 12, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE